(92 South. 428)

DODD v. CARNES. (6 Div. 648.)

(Supreme Court of Alabama. April 27, 1922.)

Appeal and error ⟨⟩356—Appeal taken more than six months after rendition of judgment dismissed.

An appeal taken more than six months after rendition of judgment will be dismissed under Acts 1919, p. 84.

Appeal from Circuit Court, Blount County; O. A. Steele, Judge.

Detinue by James A. Carnes against Dave Dodd. Judgment for plaintiff, and defendant appeals. Appeal dismissed.

Ward, Nash & Fendley, of Oneonta, for appellant.

Counsel discuss the merits of the case, but without citation of authority. They do not discuss the motion to dismiss.

Russell & Johnson, of Oneonta, for appellee.

The court is without authority to entertain the appeal, as it was not taken in time. 15 Ala. App. 639, 74 South. 745; Acts 1919, p. 84. Counsel also discuss the merits of the case.

GARDNER, J. Appellee recovered a judgment against appellant in the circuit court of Blount county on March 15, 1921. Bonds for supersedeas and appeal were approved and filed November 2, 1921. It is insisted by counsel for appellee that, as the appeal was therefore taken more than six months after the rendition of the judgment, it should be dismissed. Acts 1919, p. 84. The point is well taken. The question is a jurisdictional one, and the appeal must be dismissed. Walden v. Leach, 201 Ala. 475, 78 South. 381.

Appeal dismissed.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.